UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **FRANK LOCKWOOD,** | ) | **CASE NO. 4:07CV1311** |
| | ) | |
| Petitioner, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **FEDERAL BUREAU OF PRISONS,** | ) | |
| | ) | |
| Respondent. | ) | |

**CHRISTOPHER A. BOYKO, J**.:

This matter comes before the Court upon a letter (ECF DKT #5) submitted by Petitioner Frank Lockwood requesting "that his case be forwarded to the Court of Appeals, for the Sixth Circuit for a prompt authoritive (sic) and precendential (sic) resolution pursuant 28 U.S.C. § 1292."  The Court will treat the letter as a motion for transfer.  Petitioner erroneously cites to a statute governing appellate review of interlocutory orders.  The District Court has not entered a ruling on the 28 U.S.C. § 2241 petition; and no law, rule, or statute authorizes Petitioner to bypass a district court determination.

Petitioner's Motion to Transfer to the Sixth Circuit Court of Appeals is denied for lack of legal authority.

**IT IS SO ORDERED.**

**DATE: June 1, 2007**

<u>s/Christopher A. Boyko</u>
**CHRISTOPHER A. BOYKO**
**United States District Judge**