UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| FRANK LOCKWOOD, | ) | CASE NO. 4:07 CV 1311 |
| Petitioner, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| v. | ) ) | JUDGMENT ENTRY |
| FEDERAL BUREAU OF PRISONS, | ) ) | |
| Respondent. | ) | |

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. §2243. Further, the court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

FILED
SEP 11 2007
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE